UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:22-CV-01050-PAB
ANTHEA KING ON BEHALF
OF THE ESTATE OF SIDNEY KING, SR.
Plaintiff,
v.
HOME DEPOT U.S.A., INC.
Defendant

**AFFIDAVIT OF MARK R. CANNON, P.E.**

MARK R. CANNON, P.E., being fully deposed upon his oath, hereby avows as follows:

1. I have a Bachelors of Science in Mechanical Engineering and a Masters of Science in Advanced Safety Engineering and Management.

2. I am a professional engineer with over forty years' experience. Currently, I practice as a Forensic Engineer and registered as a Mechanical Engineer in the State of Arizona among others.

3. My Curriculum Vitae is attached hereto as Exhibit "A" and it is true and accurate.

4. I have been retained by Ms. Lorretta D. Collins, Esq. on behalf of the estate of Sidney King, Sr. to provide an engineering and evidentiary evaluation related to an incident that occurred on May 6, 2020, while Mr. Sidney King, Sr. was operating a Hilti gas-powered cut-off saw that he had rented from a Home Depot in Denver, Colorado.[1] After operating the saw, Mr. King began experiencing various symptoms. While enroute to the hospital via ambulance, Mr. King died. Reports related to the incident and his death indicate exposure to carbon monoxide as a contributing factor. After being placed on notice about

---

[1] Home Depot Store 1532, 3870 Quebec Street, Denver, Colorado 80207

Exhibit B

**EXHIBIT 1**

     Mr. King's death after using their saw, Home Depot lost custody of the saw which prevented testing and evaluating its operational characteristics.

5. My pre-litigation experience includes development and functional tests for products ranging from military and commercial aircraft seats to components used in eye surgery. The methodology for testing products follows a common approach: documenting the configuration of the product to be tested, identifying controls during the test, e.g., forces, pressures, accelerations, temperature, speed, documenting the results, modifying the design (if needed) and repeating. My litigation support experience since 1996 uses the scientific method when testing hypotheses of how a product performed in an environment where a failure occurred. This iterative method utilizes developing hypotheses of the causal factors and evaluating them via calculations and/or reproducible, documented, and reliable testing.[2]

6. Specific to a gas-powered cut-off saw as the one Mr. King was using, I have tested similar saws for the purposes of litigation. In one matter, a defective gas cap allowed gas to leak onto the clothing of the worker and the hypothesis was whether the spark density from using the saw to cut rebar was sufficient to ignite the clothing. Figure 1 is a still from a video of one of the tests.

---

[2] Reference Manual on Scientific Evidence, Federal Judicial Center, National Research Council, Third Edition, 2011

Exhibit B

**EXHIBIT 1**



Figure 1. Gas-powered cut-off saw spark density test[3]

In another matter, a blade intended for a lower rpm gas-powered saw was sold in the guise as a blade that was adequate for a higher rpm saw. The hypothesis was whether the rpms from the faster saw were sufficient to fracture the blade. Figure 2 is a still from a video from one of the tests.



Figure 2. Gas-powered cut-off saw blade fracture test.[4]

---

[3] *Guzman v. Husqvarna, et al.* Sup. Court, State of Calif., Cty of San Diego No. 37-2009-00093755-CU-PL-CTL
[4] *Crowell v. California Contractors Supplies, Inc., et al.* Circuit Court of Fayette County, Alabama   Case No. CV-2012-900015

Exhibit B

**EXHIBIT 1**

The above examples of experiments conducted for the purpose of litigation followed a well-defined protocol of defined parameters that were reproducible, and the tests were documented with still images and videos.

7. The Hilti saw which Mr. King rented from Home Depot contained information in the operating instructions that if the machine were used at an altitude greater than 1500 meters above sea level, then have Hilti Service adjust the carburetor.[5] The altitude of Denver, Colorado where Mr. King was using the saw is 1609 meters.[6] The fuel/air ratio for internal combustion engines is controlled by the carburetor and adjusting the ratio for altitude (less dense air) is necessary to minimize the emission of carbon monoxide (CO) and hydrocarbons.[7] An engine operating too rich (higher fuel-to-air ratio) will emit more CO and unburned hydrocarbons.[8] Hilti's instructions warns to avoid CO and unburned hydrocarbons in the exhaust gas of the saw.[9] The Denver Fire Department measured CO readings of 87 ppm in the area where Mr. King had been working some time prior to the fire department's arrival.[10] OSHA's permissible CO exposure limit for an 8-hour period is 50 ppm.[11]

8. The medical reports created from Mr. King's incident indicated CO was a casual factor in his death:

> <u>Denver Fire Department</u> – chief complaint: Carbon Monoxide, "*primary impression of pt Carbon Monoxide Poisoning leading to respiratory arrest*"

---

[5] Hilti operating instructions, p. 20. Print.
[6] https://en.wikipedia.org/wiki/Denver. Web.
[7] *Altitude-dependent gaseous emissions from freight trucks along the China-Pakistan Economic Corridor in Pakistan*. Shaikh, et. al. Chinese Research Academy of Environmental Sciences. November 2022. Print.
[8] Internal Combustion Engines and Air Pollution, Edward F. Obert, Harper & Row. 1973. Print.
[9] Hilti op. cit., pp. 8, 10, 14
[10] Denver Fire Department Patient Care Report, Incident #20-04917, May 6, 2020
[11] Carbon Monoxide Poisoning, OSHA Fact Sheet. April 2012. Web.

Exhibit B

**EXHIBIT 1**

<u>Saint Joseph Hospital Emergency Services lab results</u> – Carbon Monoxide: Value of 17.2% - Reference Range <2.5% , ED Course Assessment: "*After his death, carbon monoxide level returned at 17. I therefore suspect he had a carbon monoxide poisoning that resulted in STEMI and cardiac arrest.*"

<u>Certificate of Death</u> – Cause of Death: "*Hypertensive and atherosclerotic cardiovascular disease complicated by the toxic effects of carbon monoxide*"

9. The confluence of information regarding the CO output of the Hilti gas-powered saw and the medical information linking CO exposure to Mr. King's death, results in a hypothesis that the operating characteristics of the saw may have been a causal factor in Mr. King's death – specifically: the output of carbon monoxide.

10. After Mr. King's death, Home Depot was made aware that the Hilti gas-powered saw they rented to Mr. King was being used prior to his demise and that they should establish a chain of custody to ensure the saw is preserved. Instead, Home Depot sold the saw and cannot locate it. Further, Home Depot has not produced documentation that the Hilti saw's carburetor was adjusted for the altitude in Denver, Colorado.[12]

11. If the saw were available, it could be tested to determine if the operating characteristics of the saw were within acceptable parameters and evaluate the hypotheses of the output of CO as a causal factor in Mr. King's death. Without the saw, this data cannot be known to the detriment of providing the court and trier of fact the relevant information on this issue.[13]

---

[12] Home Depot's website states "*Rent a PRO Gas Concrete Saw 14" Rental from one of our over 1200 THD rental locations.*" With 1200 locations where the saw may be disseminated, it is unlikely that neither Home Depot or Hilti established traceability regarding which saws require carburetor adjustments based on the altitude of the Home Depot rental center. Neither Hilti nor Home Depot has produced information that indicates the subject saw underwent an adjustment to its carburetor for rental out of the Denver store.

[13] Reference Manual on Scientific Evidence. op. cit. p. 940

12. The subject gas-powered saw is evidence that provides the most relevant data and information to the questions that arise in this case. Home Depot is the only entity who had control of the saw after Mr. King's incident and the opportunity to inspect the saw. Home Depot did not provide any information during its control of the saw that would enlighten other parties on its condition. Losing the saw puts the King family at a distinct disadvantage of not having the data from an investigation. It is not outside the scope of defendants to perform testing of "exemplar" gas-powered saws to support their technical argument, when factually, it is not possible to know without the subject saw if such testing is skewed in their favor.

13. Such testing cannot be relied upon to be acceptable substitute evidence to resolve the main issues that are in question. The absence of the saw will appreciably impact, if not preempt, my ability to provide engineering-related data ostensibly on behalf of the plaintiffs. Without the saw and a proper chain of custody, there is no means to determine the CO output of the saw while Mr. King was using it. The factual information is not available to accurately know how the saw was operating at the time.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Mark Cannon, P.E., MSEng

SUBSCRIBED AND SWORN TO before me this 9th day of December 2022.

_____
Notary Public

[Notary Seal: JONI KALEMBER, NOTARY PUBLIC - STATE OF ARIZONA, MARICOPA COUNTY, COMMISSION # 618020, My Comm. Expires January 10, 2026]

6

Exhibit B

**EXHIBIT 1**

**EXHIBIT "A"**

Exhibit B

**EXHIBIT 1**

**Mark R. Cannon, P.E.**
**Augspurger Komm Engineering, Inc.**
3315 E. Wier Avenue
Phoenix, AZ 85040
602-443-1060
602-443-1074 fax
www.akeinc.com

## EDUCATION

Master of Science, Advanced Safety Engineering and Management, UAB, 2015
Bachelor of Science, Mechanical Engineering, Arizona State University, 1979

## EXPERIENCE

Mark Cannon has over 25 years' experience in forensic engineering and investigates a wide variety of mechanical and safety issues, including workplace injuries involving machinery, machinery failures and consumer product failures. His prior experience includes seventeen years as an engineer in the areas of research, design and manufacturing. Mr. Cannon has testified in multiple state and federal venues.

## PROFESSIONAL REGISTRATION

State of Arizona, Mechanical Engineer, #23282
Commonwealth of Pennsylvania, Mechanical Engineer, #PE057286E
State of Nevada, Mechanical Engineer, #021064
State of California, Mechanical Engineer, #M37179
State of Texas, Mechanical Engineer, #120767
Certified Fire and Explosion Investigator, NAFI Reg. No. 13966-7402

## EXPERIENCE HISTORY

| | |
|---|---|
| 2009 - | Augspurger Komm Engineering, Inc., Senior Consulting Engineer |
| 2006 - 2009 | Unified Investigations & Sciences, Inc., Forensic Engineering Consultant |
| 1996 - 2006 | ARCCA, Inc., Senior Engineer |
| 1995 - 1996 | Intesys Technologies, Senior Manufacturing Engineer |
| 1993 - 1995 | Aquapore Moisture Systems, Engineering & Maintenance Manager |
| 1993 | Chamberlain Group, Consultant |
| 1988 - 1993 | Orbital Sciences Corporation, Senior Mechanical Engineer |
| 1982 - 1988 | Simula Inc., Project Engineer |
| 1979 - 1982 | American Telephone & Telegraph, Product and Development Engineer |

## PROFESSIONAL AFFILATIONS

American Society of Mechanical Engineers
American Society of Safety Professionals

## PATENTS

Energy-Absorbing Leg Assembly for Aircraft Passenger Seats, US Patent 04911381

## CONTINUING EDUCATION

UCSD OSHA Training Institute "Fall Protection" (OSHA 3110), San Diego, CA, 2011
Elevator and Escalator Design and Inspection – American Society of Mechanical Engineers, 2010
Investigation of Appliance Fires – Fire Findings LLC, 2008
Forensic Fire Scene Reconstruction – International Association of Arson Investigators, 2007
LL.M. in Trial Advocacy, Volunteer Expert - Temple University, 2004

**Exhibit B**

**EXHIBIT 1**

Mark R. Cannon, PE
Consulting Engineer
Page 2 of 4

Motor Vehicle Accident Reconstruction - Society of Automotive Engineers, 2001

Statistical Process Control in Extrusion - Society of Plastics Engineers, 1994

Computer Aided Design on Anvil 5000 System - Simula, Incorporated, 1986

Array Processing Language - I.P. Sharpe Associates, 1985

Crash Survival Investigators School - Robertson Research, Incorporated, 1984

Statistics in Manufacturing - American Telephone & Telegraph, 1982

Microprocessors in Controls Applications - American Telephone & Telegraph, 1980

Rheology of Plastics and Extrusion Principles - American Telephone & Telegraph, 1979

## PUBLICATIONS

*Structural Efficacy of Residential Structures for Fall Protection Systems*, Journal of the American Society of Safety Engineers, May 2015

*Evaluation of Detection Systems for Large Mobile Equipment*, American Academy of Forensic Sciences, February 2014

*Assessment of Timely Lockup of Web-Sensing Restraint Retractors*, SAE Technical Paper 2002-01-1548, Society of Automotive Engineers' General Aviation Technology Conference and Exhibition, Wichita, Kansas, April 2002

*Occupant Crash Protection Handbook for Tactical Ground Vehicles (Light, Medium & Heavy)*, Department of the Army, November 2000

*The Unit Maintenance Aircraft Recovery Kit*, USAAVSCOM TR-87-D20, US Army Aviation Applied Technology Directorate, Fort Eustis, VA, April 1988

*Crash Dynamics Program Transport Seat Performance and Cost/Benefit Study*, DOT/FAA/CT-85/36, Federal Aviation Administration Technical Center, Atlantic City Airport, NJ, December 1986

*Discussion of Transport Passenger Seat Performance Characteristics*, SAE Technical Paper 881378, presented at Society of Automotive Engineer's Aerotech 1988 Conference, Anaheim, CA, October 1988

*Seat Experiments Results - Full-Scale Transport Aircraft Controlled Impact Demonstration*, DOT/FAA/CT-85/25, FAA Technical Center, Atlantic City Airport, NJ, December 1985

*Seat Experiments for the Full-Scale Transport Aircraft Controlled Impact Demonstration*, DOT/FAA/CT-84/10, Federal Aviation Administration Technical Center, Atlantic City Airport, NJ, March 1985

*Concepts for Improving Passenger Seats for Large Transport Aircraft*, presented at the Sixteenth Seminar, International Society of Air Safety Investigators, Phoenix, AZ, September 1985

*Improving the Survivability of Transport Aircraft Seating Systems*, presented at the International Aircraft Cabin Safety Symposium, University of Southern California, Los Angeles, CA, February 1985

## PRESENTATIONS

*Gravity: The One Law No One Can't Break* American Society of Safety Professionals, Professional Development Conference, June 27, 2022

*Fall Protection in Residential Construction – Still Talking About It!* American Society of Safety Professionals, Professional Development Conference, June 5, 2018

Exhibit B

**EXHIBIT 1**

Mark R. Cannon, PE
Consulting Engineer
Page 3 of 4

*Expert Testing in Litigation*, State Bar of Arizona, Southern Region, June 23, 2017

*OSHA, Don't Tell Me What To Do*, American Society of Safety Engineers, Professional Development Conference, June 21, 2017

*Making the Fall Protection System Fit the Workplace,* American Society of Safety Engineers Professional Development, Conference, July 27, 2016

*Aircraft Seat Design Evolution and Forensics*, Embry-Riddle Aeronautical University, November 12, 2015

*Design of Aircraft Seats and Fall Protection Systems*, American Society of Safety Engineers, November 7, 2014

*Evaluation of Detection Systems for Large Mobile Equipment*, American Academy of Forensic Sciences, February 21, 2014

*Discussion of JLG Upper Lift Cylinder Pin Failures*, American Association for Justice, July 30, 2012

*Cost Effective Use of Consultants and Experts*, National Association of Subrogation Professionals, October 17, 2011

*Fall Protection Strategies in Residential Construction*, Industrial Commission of Arizona, September 26, 2011

*Forensic Engineering*, Arizona State University, November 23, 2010

*Hail Damage to Tile Roofing*, Nationwide Insurance, October 9, 2010

*Water Loss Investigations*, Property and Casualty Adjusters Seminar, April 16, 2009

**PROJECT HISTORY**

Unified Investigations & Sciences, Inc. and ARCCA, Inc.
Cause and effect analyses related to consumer and industrial accidents involving machine guarding, equipment operation, structural design, failure mechanisms, and defective conditions. Motor vehicle accident investigation and reconstruction.


Intesys Technologies
Provided engineering support for high-speed automated assembly and injection   molding company.
Developed process to ultrasonically weld and pressure-test surgical pack for Alcon Laboratories.
Designed assembly tooling and UV silicone curing fixture for automatic transmission controller
for Delphi Packard Electric.
Reversed-engineered components of high-speed blade inserter and developed technician training package
to facilitate repairs and reduce downtime.
Developed tooling fixtures to manufacture electronic module for Saturn automobile.


Aquapore Moisture Systems
Designed and installed customized processing equipment, wrote instructions and trained operators at a
high-volume lawn and garden products manufacturing company.
Developed laser hole-drilling machine, manual hose coiler, web cutter and quality assurance test
equipment to manufacture extruded sprinkler hose.
Installed and proved-in sprinkler hose manufacturing equipment, developed manufacturing
procedures and trained technicians and operators.  Specified and supervised construction of production
facility to house new manufacturing equipment.  Surveyed and selected injection molding houses to
fabricate plastic components.  Procured and supervised installation, start-up and training for manufacturing
facility of Gardena©   products which included sonic and spin welders, spring coiler and pad printers.
Developed optical comparator to facilitate quality control of extrusions

Exhibit B

**EXHIBIT 1**

Mark R. Cannon, PE
Consulting Engineer
Page 4 of 4

Chamberlain Group
Performed analyses of manufacturing problems and designed test equipment at high volume garage door opener manufacturer.
Performed evaluation of specifications, manufacturing, assembly and quality assurance processes within factory to eliminate garage door opener failures.
Designed and fabricated equipment to test garage door opener transmitters in environmental chamber.
Design and fabricated equipment to measure stall torque on electric motors.

Orbital Sciences Corporation
Provided structural analysis support for design of Pegasus launch vehicle.
Developed and performed test procedures for evaluating aerodynamic loads on rocket sections and explosive release testing of deployable nose sections for Ballistic Missile Office projects.
Developed 10-ft and 17-ft parabolic antenna system to track and receive data from polar-orbiting and geosynchronous satellites for Department of Defense.
Installed antenna systems at facilities in Chandler, Austin, and Denver. Created assembly procedures and trained Air Force personnel.
Designed mobile launch van for meteorological sounding rockets for Spaceport Florida Authority. Transported equipment to Mexico and launched during solar eclipse.
Developed production facility for water-activated batteries. Performed start-up of equipment including pill press, inking machine, dust collector and assembly jigs. Wrote procedures and trained operators.
Provided design and cost-reduction support for manufacturing and assembly of meteorological radiosondes and vacuum-thermoformed Mylar balloons.

Simula, Inc.
Responsible for seat experiments aboard four-engine commercial aircraft crash-tested at Edwards Air Force Base. Performed structural analyses, design and qualification tests on prototype seats. Liaison to FAA, NASA and JPL for installation, instrumentation, and documentation of seats and test dummies. Analyzed posttest instrumentation and photographic data. Presented analyses results to FAA and NASA.
Member of team comprised of FAA, U.S. Army and NTSB personnel that analyzed passenger injury and seat performance in commercial airline crashes and reported results to FAA, resulting in promulgation of stronger passenger seats.
Member of industry committee that developed dynamic testing requirements for transport seats.
Headed joint effort with SICMA Aero Seat to develop and market energy-absorbing commercial airline seat. Performed structural design and dynamic qualification tests. Presented technical performance data to engineers at Boeing Aircraft Co., McDonnell Douglas and FAA.
Designed and fabricated prototype sling kit for aerial lifting downed U.S. Army helicopters. Successfully passed flight tests.
Developed and fabricated seats for MBB BO-108 and VH-60 helicopters.

American Telephone & Telegraph
Responsible for the design, installation, prove-in, and operator training of equipment used in the cable jacketing process. Equipment included plastic conveying systems, winders, presses and turntables. Investigated field failures of cable seals and performed in-plant studies and trained operators to reduce defects. Worked with Bell Laboratories in performing evaluations of prototype fiber-optic sheathing materials.

Rev. 210601

Exhibit B

**EXHIBIT 1**